FILED
JUL 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
JUL 2 7 2017
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IVAN REYES ARZATE,<br>    also known as "La Reina" | Case No. 17 CR 84<br><br>Violations:<br>Title 18, United States Code, 371,<br>1512(c)(2) and (h) |

JUDGE LEINENWEBER

MAGISTRATE JUDGE MASON

## COUNT ONE

The SPECIAL JULY 2016 GRAND JURY charges:

1.   At times material to this indictment:

    a.   The Drug Enforcement Administration ("DEA,") the Department of Justice ("DOJ"), and other U.S. law enforcement agencies maintained formal and informal relationships with law enforcement officials in foreign countries in order to foster cooperation and further U.S. efforts at combatting narcotics trafficking, money laundering, and other criminal activities which ultimately affect U.S. interests.

    b.   Specifically, in Mexico, the DOJ and DEA maintained a relationship with Mexico's Federal Police ("FP") in which FP officers and agents received direct training from DEA/DOJ, including at DEA's training facility located in Quantico, Virginia. DEA, DOJ, and other law enforcement agencies also routinely shared information in support of U.S. and Mexican investigations with U.S.-vetted FP personnel assigned to groups generally called Sensitive Investigative Units ("SIU").

c. SIU personnel were responsible for multiple collaborative operations, including matters in which persons were arrested in Mexico and extradited to the United States for prosecution.

d. From no later than 2008, through no earlier than November 2016, REYES was a Mexican Federal Police Officer, at times assigned to the SIU.

e. For several years, and including the period of April 2016 through November 2016, REYES functioned as the Commander of the SIU.

f. From no later than April 2016 through November 2016, the United States Attorney's Office for the Northern District of Illinois ("NDIL") and the United States Attorney's Office for the Southern District of California ("SDCA") conducted related, active grand jury investigations into the narcotics trafficking activities of the Angel Dominguez Rodriguez drug trafficking organization ("Dominguez DTO"), including its leaders, Geronimo Gamez Garcia, Angel Dominguez Rodriquez, Teodoro Vasquez Barrera, and others (the "U.S. Investigation").

g. Beginning no later than September 2016, REYES was directly made aware of the U.S. Investigation which targeted the Dominguez DTO, Gamez, and other narcotics traffickers operating in Mexico. REYES maintained ongoing communications with DEA agents regarding the status of the U.S. Investigation, and as a result of his role in the Mexican SIU, received sensitive law enforcement information regarding the U.S. Investigation including the identities of the targets of

2

the U.S Investigation, surveillance photographs, the identity of a cooperating source, and other evidence associated with the U.S. Investigation.

2. Beginning in or about April 2016, and continuing through in or about November 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN REYES ARZATE,
also known as "La Reina,"

defendant herein, did conspire with Geronimo Gamez Garcia, Angel Dominguez Rodriquez, Teodoro Vasquez Barrera, and others known and unknown to the Grand Jury, to corruptly obstruct, influence, and impede any official proceeding, and attempted to do so, in violation of Title 18, United States Code, Section 1512(c)(2).

## OVERT ACTS

3. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendant committed one or more overt acts, including, but not limited to the following:

    a. Between on or about September 9, 2016, and on or about September 14, 2016, REYES, in his official SIU capacity, solicited information from U.S. law enforcement personnel, including Agent A, regarding the U.S. Investigation.

    b. Between on or about September 9, 2016 and on or about September 14, 2016, REYES transmitted and caused to be transmitted to Gamez information regarding the U.S. Investigation, including a surveillance photograph and information relating to the identity of a confidential source.

      c.     On or about November 1, 2016, REYES met in person with Angel Dominguez Rodriguez and discussed the U.S. Investigation of Dominguez Rodriguez and his co-conspirators within the Dominguez DTO.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL JULY 2016 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. From in or about April 2016, and continuing until in or about November 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN REYES ARZATE,
also known as "La Reina,"

defendant herein, did corruptly obstruct, influence, and impede an official proceeding, and attempted to do so, namely, the U.S. Investigation of the Dominguez DTO;

In violation of Title 18, United States Code, Section 1512(c)(2).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

5